# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VB CONSTRUCTION, INC.; and FIRST CHOICE CONCRETE, LLC;  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>ARGOS USA CORP.; ARGOS CEMENT, LLC; ARGOS READY MIX, L.L.C; ELITE CONCRETE, INC.; EVANS CONCRETE, LLC; COASTAL CONCRETE SOUTHEAST II, LLC; and THOMAS CONCRETE, INC.  )<br><br>Defendants.  ) | CIVIL ACTION FILE NUMBER<br><br>1:16-cv-04229-scj<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDUCE

**COME NOW**, VB CONSTRUCTION, INC.; and FIRST CHOICE CONCRETE, LLC and, pursuant to Fed.R.Civ.P. §41(a)(1), **Dismiss without Prejudice** all claims in the above styled matter.

This 26th day of January, 2017.

                                              Respectfully submitted by:

                                              */s/ Lance W. Gowens*
                                              Lance W. Gowens
                                              Ga. Bar No. 200425
                                              Attorney for Plaintiffs

**THE GOWENS LAW FIRM, LLC**
3630 Peachtree Road, NE, Suite 1025
Atlanta, Georgia  30326
Telephone: (678) 648-7470
E-mail: lance@gowenslaw.com